IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Pavel Gigov, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Case No. 1:21-cv-00692 |
| § | |
| New York Hospitality Joint Venture d/b/a § | |
| Days Inn by Wyndham Austin South, § | |
| Piyush Parikh and Vishal Dave § | |

## NOTICE OF DISMISSAL

As provided in Federal Rule of Civil Procedure 41(a)(1)(A)(i) Pavel Gigov, Plaintiff, dismisses his claims against New York Hospitality Joint Venture d/b/a Days Inn by Wyndham Austin South without prejudice.

Dated December 22, 2021.

_____
Richard M. Hunt
Texas State Bar No. 10288700
rhunt@hunthuey.com

HUNT HUEY PLLC
3333 Lee Parkway, Suite 600
Dallas, Texas 75219
Telephone: (214) 641-9182
Facsimile: (214) 279-6124

ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on the date stated above the foregoing paper was served on all counsel of record as provided in Rule 5 of the Federal Rules of Civil Procedure.

_____
Richard M. Hunt